Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−28521−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Raymond L. Williams
   443 Dennis Ave
   Pemberton Twp, NJ 08015

Social Security No.:
   xxx−xx−0369

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 2/19/20 at 09:00 AM

to consider and act upon the following:

*40* − Creditor's Certification of Default (related document:19 Motion for Relief from Stay re: 443 Dennis Ave, Brown Mills, NJ, 08015−1823. Fee Amount $ 181. filed by Creditor The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset−backed certificates, series 2006−26, Motion for Relief from Co−Debtor Stay of Terry Williams, 31 Creditor's Certification of Default filed by Creditor The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset−backed certificates, series 2006−26, 35 Order (Generic)) filed by Denise E. Carlon on behalf of The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset−backed certificates, series 2006−26. Objection deadline is 02/5/2020. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) (Carlon, Denise)

Dated: 2/5/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court