Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−28521−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Raymond L. Williams
   443 Dennis Ave
   Pemberton Twp, NJ 08015

Social Security No.:
   xxx−xx−0369

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on November 21, 2017.

On May 29, 2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date: July 1, 2020
Time: 10:00 AM
Location: Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: June 1, 2020
JAN: wdr

                Jeanne Naughton
                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-28521-CMG
Raymond L. Williams                                                       Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 2             Date Rcvd: Jun 01, 2020
                             Form ID: 185             Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2020.
```
db              +Raymond L. Williams,    443 Dennis Ave,    Pemberton Twp, NJ 08015-1823
517063092       +ARS/Account Resolution Specialist,    Po Box 459079,    Sunrise, FL 33345-9079
517063096       +Emrg Phy Assoc Of S Jersey,    PO Box 740021,    Cincinnati, OH 45274-0021
517063097      #+Equiant Financial Svcs,    5401 N Pima Rd Ste 150,    Scottsdale, AZ 85250-2630
517063103       +SST/Best Egg,    Attn: Bankruptcy,    4315 Pickett Rd,    Saint Joseph, MO 64503-1600
517194373      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court:   State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                   PO Box 245,    Trenton, NJ 08695-0245)
517063102       +Specialized Loan Servicing/SLS,    Attn: Bankruptcy,    Po Box 636005,    Littleton, CO 80163-6005
517063107       +Terry Williams,    443 Dennis Ave,    Pemberton Twp, NJ 08015-1823
517063108       +The Bank of New York Mellon,    Attn: Pluese, Becker & Saltzman, LLC,
                  20000 Horizon Way, Ste 900,    Mount Laurel, NJ 08054-4318
517083395       +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jun 02 2020 00:36:04      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 02 2020 00:36:01      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
517063093       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 02 2020 00:37:21      Capital One,
                  Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
517063095       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 02 2020 00:35:54      Comenitybank/wayfair,
                  Po Box 182789,    Columbus, OH 43218-2789
517080542        E-mail/Text: sbse.cio.bnc.mail@irs.gov Jun 02 2020 00:35:36      Internal Revenue Service,
                  P.O. Box 7346,    Philadelphia, PA  19101-7346
517262531        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 02 2020 00:37:35
                  LVNV Funding, LLC its successors and assigns as,    assignee of LendingClub Corporation &,
                  LC Trust I,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517274366        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 02 2020 00:37:36
                  LVNV Funding, LLC its successors and assigns as,    assignee of Citi Held for Asset,
                  Issuance 2015-PM3,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517272623        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 02 2020 00:37:36
                  LVNV Funding, LLC its successors and assigns as,    assignee of Marlette Funding Grantor,
                  Trust 2017-1,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517063100       +E-mail/Text: bk@lendingclub.com Jun 02 2020 00:36:31      Lending Club Corp,    71 Stevenson St,
                  Suite 300,    San Francisco, CA 94105-2985
517218944        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 02 2020 00:37:35
                  Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                  Norfolk VA 23541
517063101       +E-mail/Text: bankruptcy@prosper.com Jun 02 2020 00:36:32      Prosper Marketplace Inc,
                  Po Box 396081,    San Francisco, CA 94139-6081
517271236        E-mail/Text: bnc-quantum@quantum3group.com Jun 02 2020 00:35:58
                  Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
517065130       +E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2020 00:37:56      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517063105       +E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2020 00:38:38      Synchrony Bank/Lowes,
                  Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517063106       +E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2020 00:38:34      Synchrony Bank/Walmart,
                  Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
                                                                                               TOTAL: 15
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517063094*      +Capital One,    Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
517063098*      +Equiant Financial Svcs,    5401 N Pima Rd Ste 150,    Scottsdale, AZ 85250-2630
517063099*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                 (address filed with court:   Internal Revenue Service,    PO Box 21126,    Philadelphia, PA 19114)
517063104*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court:   State of New Jersey,    PO Box 283,    Trenton, NJ 08602)
518594042*      +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
                                                                                TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2           Date Rcvd: Jun 01, 2020
                              Form ID: 185             Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2020                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2020 at the address(es) listed below:

```
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Andrew Thomas Archer    on behalf of Debtor Raymond L. Williams aarcher@spillerarcherlaw.com,
           bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
           as Trustee for the certificateholders of the CWABS, Inc., Asset-backed certificates, series
           2006-26 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
           as Trustee for the certificateholders of the CWABS, Inc., Asset-backed certificates, series
           2006-26 rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 6
```